UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

LARRY BARBER ENTERPRISES, INC.CASE NO: 8:22-bk-02083-CED
CHAPTER 11 (Sub V.)

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

COMES NOW, the Debtor, Larry Barber Enterprises, LLC ( the "Debtor"), by and through undersigned counsel, and pursuant to Administrative Order TPA-2005-2 hereby files this Chapter 11 Case Management Summary as follows:

1.This instant Chapter 11 Case was filed on May 24, 2022 (the "Petition Date") under Chapter 11, Subchapter V, of the United State Bankruptcy Code (the "Bankruptcy Code"), Case No. 8:21-bk-01430-CPM, and remains pending in the United States Bankruptcy Court, Middle District of Florida, Tampa Division (this "Case").

2.Debtor operates as a Debtor-In-Possession pursuant to 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtor is a Florida corporation with its principal place of business located at 38743 Otis Allen Road, Zephyrhills, FL 33540.

4.Debtor was established in 1998 by Mr. Larry Barber. Debtor is family owned and operates as a full-service provider of tower civil design, construction and maintenance services across the United States, Puerto Rico, and the U.S. Virgin Islands. More specifically, Debtor's

civil construction services encompass design, site preparation, concrete work, fencing, access road construction, landscaping, and site demolition/debris removal. More information can be found at www.larrybarberenterprises.com.

5. The Debtor has twenty-four (24) employees, including the Debtor's principal, Larry Barber who owns 100% of the outstanding stock of the Debtor. Mr. Barber's wife, Amy Barber, also works full time for the Debtor. Debtor anticipates filing an emergency motion to pay officer/insider salary for Mr. and Mrs. Barber.

6. The case was filed on an emergency basis due to a Notice of Levy by the Internal Revenue Service served on a critical client of the Debtor for past due payroll taxes in the amount of $349,309.45. Debtor intends to cure this deficiency with the Internal Revenue Service through a Reorganization in this instant bankruptcy case.

7. The Debtor's first Post-petition payroll run is scheduled to occur on May 27, 2022, for the pay period of May 14, 2022 to May 25, 2022 (the "Pre-Petition Period"), which is $21,290.46; this does not include any income towards the insiders/officers of the Debtor. Debtor anticipates filing an emergency motion to pay pre-petition wages and salaries.

8. Debtor has the following vehicles secured by the corresponding lenders:

| Year | Make/Model | Vin | Balance | Creditor |
|------|------------|-----|---------|----------|
| 2017 | Chevy Silverado | 1GB4KYCG9HF212265 | $17,492.80 | Wells Fargo Auto |
| 2017 | Chevy Silverado | 1GB4KYCG5HF157071 | $17,593.14 | Wells Fargo Auto |
| 2018 | Chevy Silverado | 1GB4KYCG9JF160514 | $20,708.95 | Wells Fargo Auto |
| 2018 | Chevy Silverado | 1GB4KYCG7JF158437 | $20,623.37 | Wells Fargo Auto |
| 2018 | Chevy Silverado | 1GB4KYCG6JF183409 | $20,813.00 | GM Financial |
| 2017 | Chevy Silverado | 1GC1KVEG4HF100869 | $10,027.49 | Ally Financial |

9. Debtor has the following unsecured and priority creditors in the approximate amounts:

| Creditor | Amount | Description |
|----------|--------|-------------|
| IRS | $1,500,000.00 | Payroll Taxes |
| Pirs Lending | $78,790.00 | MSA |
| Pirs Lending | $83,681.00 | MSA |
| CFG Merchant | $38,220.00 | MSA |
| EBF Holding | $90,592.00 | MSA |
| Helena Chemical | $77,907.00 | Supplier |
| Sunbelt Rentals | $7,500.00 | Equipment Rental |
| Deep South Crane | $7,500.00 | Crane Rental |
| Beyel Brothers | $13,000.00 | Crane Rental |
| Stephen's Pipe and Steel | $14,690.00 | Supplier |
| Cincinnati Insurance | $28,000.00 | Insurance Audit |
| Progressive Insurance | $6,850.00 | Auto Insurance |
| Ascendant Insurance | $7,900.00 | Auto Insurance |
| ETI Financial | $5,500.00 | GL Insurance |
| Zurich | $24,000.00 | Workers Comp Insurance |
| Superior Crane | $8,500.00 | Crane Rental |

10. Debtor does not need DIP financing at this time but may consider financing options in the future for ongoing expenses as well as exit financing.

11. The Debtor felt that bankruptcy relief was needed in order to provide the best opportunity to reorganize.

12. The amounts owed to the three classes of creditors are as follows:

   a. Priority Unsecured Creditors: $1,500,000.00

   b. Secured Creditors: $107,285.75

   c. The amount of unsecured claims: $492,630.00

Dated: May 27, 2022

/*s/ Jake C. Blanchard*
Jake C. Blanchard, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by U.S. Mail to all creditors on the attached mailing matrix, the U.S Trustee and to the Debtor on this 27th day of May 2022.

*/s/ Jake C. Blanchard*
BLANCHARD LAW, P.A.
Jake C. Blanchard, Esquire
Florida Bar No. 055438
Attorney for Debtor
1501 S. Belcher Rd. Suite 6B
Largo, FL  33771
Telephone:  (727) 531-7068